JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
January 22, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH MACHUL,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP L. BROWNING et al.,<br><br>Defendants. | No. CV 14-05214-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 20, 2015

*/s/ Stephen V. Wilson*
_____
STEPHEN V. WILSON
United States District Judge